NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

ERIK BRYANT, FCCC #991420, )
)
      Appellant, )
)
v. )     Case No. 2D17-2611
)
MIKE CARROLL, SECRETARY OF )
THE DEPARTMENT OF CHILDREN )
AND FAMILIES, )
)
      Appellee. )
_____ )

Opinion filed December 21, 2018.

Appeal from the Circuit Court for DeSoto
County; Don T. Hall, Judge.

Erik Bryant, pro se.

Pamela Jo Bondi, Attorney General,
Tallahassee, and Douglas T. Squire,
Assistant Attorney General, Daytona
Beach, for Appellee.


PER CURIAM.


      Affirmed.


KHOUZAM and BADALAMENTI, JJ., and CASE, JAMES R., ASSOCIATE SENIOR
JUDGE, Concur.